**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, ) | Case No.: 10-CV-03567-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER REGARDING DISMISSAL |
| ZHONGMING WANG A/K/A HENRY WANG;) | |
| EINC COPROATION and DOES 1-10, ) | |
| INCLUSIVE, ) | |
| Defendants. ) | |
| ) | |

On March 18, 2011, the mediator in this case filed a statement indicating that the case settled in full during mediation. *See* Dkt. No. 24. The parties shall file a stipulation dismissing all claims by March 31, 2011.

**IT IS SO ORDERED.**

Dated: March 21, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03567-LHK
ORDER REGARDING DISMISSAL